NOT FOR PUBLICATION (Docket No. 8)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

_____
                                                            :
FRANK MacWILLIAMS, trading as          :
Edgewater Park Amoco and                    :
Mac's Amoco,                                           :
                                                            :
                Plaintiffs,          :     Civil No. 09-1844 (RBK /AMD)
                                                            :
                v.                      :     **ORDER**
                                                            :
BP PRODUCTS NORTH                            :
AMERICA, INC.,                                      :
                                                            :
                Defendant.         :
_____ :

      **THIS MATTER** having come before the Court upon a motion by BP Products North America, Inc. ("Defendant") to dismiss the Complaint of Plaintiff Frank MacWilliams, trading as Edgewater Park Amoco and Mac's Amoco, ("Plaintiff") for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having reviewed the papers submitted by the parties, and for the reasons expressed in an Opinion issued this day;

      **IT IS HEREBY ORDERED** that Defendant's motion to dismiss Count One is **GRANTED**; and

      **IT IS FURTHER ORDERED** that Defendant's motion to dismiss Plaintiff's claim for breach of the contract providing for End-of-Month Allowances is **GRANTED**; and

1

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss Plaintiff's claim for breach of contract predicated on the failure to return Plaintiff's security deposit is **DENIED**; and

**IT IS FURTHER ORDERED** that Plaintiff is **GRANTED** leave to amend the Complaint in conformity with the Court's Opinion within ten days of the issuance of this Order.


Dated: 2-3-2010                                                         /s/ Robert B. Kugler
                                                                        ROBERT B. KUGLER
                                                                        United States District Judge