NOT FOR PUBLICATION                                                                                  (Doc. No. 21)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| FRANK MacWILLIAMS (trading as Edgewater Park Amoco and Mac's Amoco), | |
| Plaintiff, | Civil No. 09-1844 (RBK/AMD) |
| v. | **ORDER** |
| BP PRODUCTS NORTH AMERICA INC., | |
| Defendant. | |

**THIS MATTER** having come before the Court upon the motion of Defendant BP Products North America Inc. ("BP") for summary judgment dismissing Plaintiff Frank MacWilliams' Amended Complaint; and the Court having considered the parties' submissions:

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, BP's motion for summary judgment dismissing Count One of Plaintiff's Amended Complaint is **GRANTED**; and

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, BP's motion for summary judgment is **DENIED** regarding Plaintiff's breach-of-contract claim based on his unreturned $20,000 deposit; and

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, BP's motion for summary judgment regarding Plaintiff's remaining breach-of-contract claims is **GRANTED**.

Dated: 11/18/10                                                        /s/ Robert B. Kugler
                                                                       ROBERT B. KUGLER
                                                                       United States District Judge